The People of the State of New York ex rel. The Brooklyn Heights Railroad Company, Appellant, v. Edward M. Grout, as Comptroller of the City of New York, and Edward A. Slattery, as Collector of Assessments and Arrears of the City of New York, Respondents.— Order modified in accordance with opinion of Gaynor, J., in *People ex rel. Nassau Electric R. R. Co.* v. *Grout* (119 App. Div. 130), decided herewith, and as modified affirmed, without costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Jesse W. Reno, Appellant, v. Frederick Thompson and Elmer S. Dundy, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Hyland P. Rice, Appellant, v. Harry S. O'Neill, Respondent.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Nicholas Schloeder, Respondent, v. Scaglione Brick and Fireproofing Company and Others, Defendants, and Jeremiah D. Maguire, Appellant. — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

* See Laws of 1902, chap. 580, §§ 317, 318.— [REP.